(No. 5715- ▮▮▮▮▮▮)

JULIAN, DYE, JAVID, HUNTER AND NAJAFI, ASSOCIATED, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

JULIAN, DYE, JAVID, HUNTER AND NAJAFI, ASSOCIATED, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.